# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL TAYLOR, | CASE NO. 1:12-cv-01990-AWI-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CIVIL ACTION |
| v. | (ECF No. 6) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | ORDER DIRECTING CLERK OF COURT TO RETURN MONIES RECEIVED ON MARCH 1, 2013 |
| Defendants. | |

Plaintiff Kirell Taylor ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 6, 2012. Plaintiff also filed a motion for leave to proceed in forma pauperis.

On December 12, 2012, the Court issued an order finding that Plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis in this action. Accordingly, the Court denied Plaintiff's motion for leave to proceed in forma pauperis and dismissed the action, without prejudice to refiling with submission of the $350.00 filing fee in full. (ECF No. 4.)

On March 1, 2013, the Clerk's office received payment of $350.00 for the benefit of Plaintiff. On March 30, 2013, Plaintiff filed a motion to reopen this case. (ECF No. 6.) However, Plaintiff was advised in the order issued on December 12, 2012, that this action was dismissed, without prejudice, for refiling with the submission of the $350.00 filing fee. According to the Court's direction, Plaintiff may not reopen this action. Instead, Plaintiff may file a new action by submitting both a complaint and the required filing fee. Accordingly, Plaintiff's motion to reopen this case is

1

1  HEREBY DENIED.  The Clerk of the Court is DIRECTED to return any filing fee received for this
2  action.
3  IT IS SO ORDERED.

Dated:   March 21, 2013

_____
SENIOR  DISTRICT  JUDGE